IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04 CV 586

| | |
|---|---|
| COVENANT MEDIA OF NORTH CAROLINA, LLC, MEI YONG "BILLY" XIAO, and CHINA BUFFET, LLC.,<br>　　　　　　　　　　　Plaintiff,<br>v.<br>CITY OF MONROE, NORTH CAROLINA,<br>　　　　　　　　　　　Defendant. | **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of Defendant City of Monroe, North Carolina to allow William D. Brinton and Cristine M. Russell to appear *Pro Hac Vice*, filed August 19, 2005.

Upon careful review and consideration, this Court will grant Defendant's Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Brinton and Ms. Russell have each paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

**Signed: August 24, 2005**

Graham C. Mullen
Chief United States District Judge