IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV586-MU

| | |
|---|---|
| COVENANT MEDIA OF NORTH CAROLINA, L.L.C., MEI YONG "BILLY" XIAO, and CHINA BUFFET, L.L.C., Plaintiffs, v. CITY OF MONROE, NORTH CAROLINA, Defendant. | ORDER |

THIS MATTER is before the Court upon the Plaintiffs' Motion to Strike Defendant's Surreply in Opposition to Plaintiffs' Motion for Preliminary Injunction. As Defendant obtained oral permission of the Court prior to filing its Surreply, Plaintiffs' Motion is DENIED.

**Signed: October 4, 2005**

Graham C. Mullen
Chief United States District Judge